IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MIKA CHRISTINA ALFARO,

    Plaintiff,                          No. CIV S-06-2459 MCE DAD PS

    vs.

UNITED STATES OF AMERICA,        <u>FINDINGS AND RECOMMENDATIONS</u>

    Defendant.

_____/

        By an order filed April 19, 2007, plaintiff's incomplete application to proceed in forma pauperis was denied. Plaintiff was ordered to file a properly completed application within fifteen days and was cautioned that failure to do so would result in a recommendation that this action be dismissed. <u>See</u> Fed. R. Civ. P. 41(b); Local Rule 11-110 (E.D. Cal. 2005). The fifteen-day period has now expired and plaintiff has not filed any document responsive to the court's order and has not filed a properly completed in forma pauperis application.[1]

        Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

---

[1] By the April 19, 2007 order, thirteen of plaintiff's filings were disregarded. Plaintiff was cautioned that sanctions may be imposed for the continued filing of documents not relevant to this action. Plaintiff has filed three additional documents irrelevant to this case.

1

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within ten days after being served with these findings and recommendations, plaintiff may file written objections with the court.  The document should be titled "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time may, under certain circumstances, waive the right to appeal the District Court's order.  See Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: May 14, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1\orders.prose\alfaro2459.fifp