IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MIKA CHRISTINA ALFARO,

    Plaintiff,                      No. CIV S-06-2459 MCE DAD PS

    vs.

UNITED STATES OF AMERICA,

    Defendant.                   <u>ORDER</u>

_____/

        Plaintiff, proceeding pro se, filed the above-entitled action.  The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

        On May 15, 2007, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within ten days.  Plaintiff has not filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Although plaintiff has filed two documents inaccurately titled "Amended Complaint" (docketed as #23 and #24) and a series of declarations, these documents are not responsive to the court's April 19, 2007 order requiring plaintiff to file a properly completed application to proceed in forma pauperis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed May 15, 2007, are adopted in full; and

2. This action is dismissed without prejudice.

Dated: June 14, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2