IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MIKA CHRISTINA ALFARO,

    Plaintiff,                        No. CIV S-06-2459 MCE DAD PS

    vs.

UNITED STATES OF AMERICA,       ORDER

    Defendant.

_____/

        This case was dismissed without prejudice on June 15, 2007, for failure to file a properly completed in forma pauperis application. Plaintiff has filed two declarations that have no apparent relevance to this closed case. Plaintiff has filed many cases in this court and has been advised numerous times that documents may not be filed in closed cases except as permitted by the Federal Rules of Civil Procedure. Plaintiff's August 3, 2007 declarations have not been filed pursuant to any rule and will be disregarded. No order will issue in response to future documents improperly submitted for filing in this closed case.

        IT IS SO ORDERED.

DATED: August 13, 2007.

DAD:kw
Ddad1\orders.prose\alfaro2459.closed

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE